## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY PANICHELLI, the surviving Husband, in his own right and on behalf of all statutory beneficiaries, and Administrator of the Estate of Cara Mia Francesca Panichelli, Deceased, | : : : : : : | CIVIL ACTION<br><br>NO. 2:24-cv-01049 |
| Plaintiffs | : : : | |
| v. | : : : | |
| SAFELITE AUTOGLASS, a Pennsylvania Business entity; SAFELITE GLASS CORP., a foreign corporation; SAFELITE FULFULLMENT, INC., a foreign corporation; SAFELITE GROUP, INC., a foreign corporation; FUYAO GLASS AMERICA, INC., a foreign corporation; and KENNETH HEDGESPETH, a Pennsylvania citizen, | : : : : : : : | |
| Defendants. | : : | |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the *Federal Rules of Civil Procedure,* Plaintiffs and their counsel of record, hereby give notice that the above-entitled action is voluntarily dismissed, without prejudice against the Defendants.

Date: March 18, 2024

Respectfully submitted,

ANAPOL WEISS

By: _____

2

        Larry E. Coben, Esquire (PA ID # 17523)
        Jo Ann Niemi, Esquire (PA ID # 326595)
        8700 E Vista Bonita Drive, Suite 268
        Scottsdale, Arizona 85255
        (480) 515-4745
        E-Mail: lcoben@anapolweiss.com
        E-Mail: jniemi@anapolweiss.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Larry E. Coben, do hereby certify that a true and correct copy of the foregoing Notice of Voluntary Dismissal Without Prejudice Under Federal Rule of Civil Procedure 41(a)(1)(a)(i) was served on March 18, 2024, to all counsel of record via the Court's Electronic Filing system. Parties may access this filing through the Court's system.

_____
Larry E. Coben, Esquire (PA ID # 17523)
Jo Ann Niemi, Esquire (PA ID # 326595)
8700 E Vista Bonita Drive, Suite 268
Scottsdale, Arizona 85255
(480) 515-4745
E-Mail: lcoben@anapolweiss.com
E-Mail: jniemi@anapolweiss.com

*Attorneys for Plaintiffs*